# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2594

_____

James E. Sherrod,                              *
                                               *
        Appellant,                             *
                                               *
    v.                                         *   Appeal from the United States
                                               *   District Court for the
State of Nebraska; Don Stenberg;               *   District of Nebraska.
Nebraska State Patrol; Lancaster               *       [UNPUBLISHED]
County Attorney's Office; Lincoln              *
Police Department; Mark Funkhouser,            *
Nebraska State Patrol; Jack Wyant;             *
Nebraska State Penitentiary; Joe Kelly;        *
Jane Khress; Pam Fittje; Harold W.             *
Clarke,                                        *
                                               *
        Appellees.                             *

_____

Submitted: January 7, 2004

Filed: January 15, 2004

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Nebraska inmate James Sherrod brought this 42 U.S.C. § 1983 action alleging that defendants lost evidence which, if DNA-tested, would have exonerated him of a rape for which he was convicted. He sought damages and release from prison. The

district court[1] dismissed the complaint for failure to state a claim, and Sherrod appeals.  Upon de novo review, see Breedlove v. Earthgrains Baking Cos., 140 F.3d 797, 799 (8th Cir.), cert. denied, 525 U.S. 921 (1998), we agree with the district court that Sherrod failed to state a claim under section 1983, see Heck v. Humphrey, 512 U.S. 477, 486-87 (1994); Daniels v. Williams, 474 U.S. 327, 330-31 (1986); Preiser v. Rodriguez, 411 U.S. 475, 490 (1973).

Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.